Attorney ID# 009511976
A. Michael Barker, Esquire
**BARKER, GELFAND, JAMES & SARVAS**
A PROFESSIONAL CORPORATION
210 New Road, Suite 12
Linwood, New Jersey 08221
(609) 609-601-8677
ambarker@barkerlawfirm.net
Attorney for Defendants, Adam Thompson, Joseph Muller and City of Millville

| | |
|---|---|
| LAUREN SHEPARD,<br><br>　　　　Plaintiff<br>v.<br><br>CITY OF MILLVILLE, ADAM THOMPSON, and JOSEPH MULLER,<br><br>　　　　Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY - CAMDEN<br><br>CIVIL DOCKET FOR CASE #:<br>1:24-cv-08230-ESK-EAP<br><br>STIPULATION OF DISMISSAL AS TO ADAM THOMPSON AND JOSEPH MULLER<br><br>**ORDER** |

It is hereby stipulated and agreed that any and all claims by Plaintiff Lauren Shepard against Defendant(s) Adam Thompson and Joseph Muller, jointly, severally or in the alternative, are dismissed, with prejudice, and without attorney's fees and costs against any party.

Dated:　　　　　　　　　　　　　　/s/ *Jason Javie*
　　　　　　　　　　　　　　　　　JASON JAVIE, ESQUIRE
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,


Dated: 6/26/25　　　　　　　　　　*s/A. Michael Barker*
　　　　　　　　　　　　　　　　　A. MICHAEL BARKER, ESQUIRE
　　　　　　　　　　　　　　　　　Attorneys for Defendant(s)


**So Ordered.**

　　　*/s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: June 27, 2025**

1